BAKER, EVANS & CO., INC., Respondent, v. SAMUEL BUCHNER and DORA BUCHNER, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BAKER, EVANS & CO., INC., Respondent, v. SAMUEL BUCHNER and DORA BUCHNER, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERBERT M. MANFORD CO., INC., Respondent, v. 107–109 WEST 13TH ST., INC., and Others, Defendants, Impleaded with CASTLE ANNEX, INC., ISIDOR GOLDSTEIN and EMIL WELLNER, Appellants.— Order so far as appealed from modified by requiring the plaintiff to give the particulars demanded in subdivision (b) of paragraph 2 of the demand, and in the event it is without information with respect to such particulars it may so state under oath in lieu thereof; in the event no such information be given, plaintiff will furnish the particulars specified in subdivision (c) of paragraph 2; and as so modified affirmed, with ten dollars costs and disbursements to the defendants, appellants.  The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL G. LINDENSTEIN, Respondent, v. THOMAS G. EASTMAN and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RUSSO & CRISCI, INC., Appellant, v. ILARIONE SAMARELLI, Doing Business, etc., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.  No opinion. — Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET L. DONAHUE, as Committee of the Estate of PETER J. DONAHUE, Incompetent, Respondent, v. HELEN R. MALONEY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.  No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARGARET L. DONAHUE, as Committee of the Estate of PETER J. DONAHUE, Incompetent, Respondent, v. HELEN R. MALONEY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.  No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIA STAPLETON and Others, Appellants, v. MAX PINNER, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SMOKERS PRODUCTS CORPORATION, Appellant, v. THE LOVEJOY CHAPLET COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SMOKERS PRODUCTS CORPORATION, Appellant, v. THE SPECIALTY INSULATION MANUFACTURING COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDOR D. WOLF, Respondent, v. ELI GROMBECKER and BENEDICT WOLF & Co., INC., Appellants, Impleaded with Another.— Appeal withdrawn.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMIL MOSBACHER, Respondent, v. TWELVE EAST EIGHTY-SIXTH STREET,